**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-6417**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SHEDRICK OWEN GRAVES, a/k/a Shedrick Graves, a/k/a Shadrick Graves,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Senior District Judge. (4:06-cr-00112-RBS-TEM-1)

Submitted: March 19, 2021                    Decided: July 2, 2021

Before GREGORY, Chief Judge, and MOTZ and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion. Chief Judge Gregory dissents.

Shedrick Owen Graves, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shedrick Owen Graves appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(B) and § 404(b) of the First Step Act of 2018, Pub. L. 115-391, 132 Stat. 5194, 5222. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Graves*, No. 4:06-cr-00112-RBS-TEM-1 (E.D. Va. filed Mar. 17, 2020 & entered Mar. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*